Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | NO. CR05-332JLR |
| v. | ) ) | |
| DAVID LOPEZ-BUENO, JOSÉ LOPEZ-BUENO, and MIGUEL CISNEROS, | ) ) ) ) | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DATE |
| Defendants. | ) ) | |

THIS MATTER comes before the Court on a motion by the defendants and the United States to continue the trial date and the pretrial motions cut-off date. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is unusual and complex. The defendants were originally charged with 14 other defendants in CR05-281JLR, but a separate Indictment was returned on September 8, 2005. All of the defendants are in custody and Spanish-speaking. The evidence in this case is derived from a larger investigation, and includes a large number of intercepted telephone conversations in Spanish, and over 300 pages of reports from federal agents and state officers. Several pretrial motions have been filed and are pending.

It is unreasonable to expect adequate preparation for trial before the current trial date, scheduled in CR05-281JLR, of September 17, 2005. The Court further finds that

Order of Continuance – 1
Lopez-Bueno, et al/CR05-332JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

the interests of the public and the defendants in a speedy trial in this case are outweighed by the ends of justice.

IT IS NOW, THEREFORE, ORDERED that trial in this matter be continued to October 17, 2005, and that the time between the date of this Order and the new trial date be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).

IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before September 21, 2005.

Dated this 3rd day of October, 2005

JAMES L. ROBART
United States District Judge

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-4882, Fax: (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
(206) 553-1077, Fax: (206) 553-4440
E-mail: susan.roe@usdoj.gov
Washington State Bar #1300

Order of Continuance – 2
Lopez-Bueno, et al/CR05-332JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970